# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **NICO FARMER,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-00068 |
| v. ) | |
| ) | **JUDGE CAMPBELL** |
| **TONY PARKER, et al.,** ) | **MAGISTRATE JUDGE NEWBERN** |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 19) recommending this matter be dismissed without prejudice for failure to prosecute and that the Defendants' pending motions to dismiss (Doc. Nos. 6, 16) be found moot. The Magistrate Judge stated that Plaintiff has not responded to the motions to dismiss, nor has he responded to this Court's orders (Doc. Nos. 17, 18) directing him to show cause why the motions to dismiss should not be granted as unopposed and this action should not be dismissed for failure to prosecute.

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 19 at 7). No objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, the above captioned case is **DISMISSED** without prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE